Jenelle C. Arnold (SBN 284531 )
jarnold@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JOSE M DE LA CRUZ,<br><br>Debtor(s). | Case No. 2:11-bk-50308-SK<br><br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #7** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T on 11/8/2013, and assigned as Claim number 7, is hereby withdrawn, without prejudice1.

Dated: December 2, 2013

PITE DUNCAN, LLP

*/s/ Jenelle C. Arnold*
Attorneys for US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T

1 Please note, any funds disbursed by the Chapter 13 Trustee prior to obtaining Relief from the Automatic Stay have been applied to Debtor's loan, and Creditor shall not provide reimbursement to the Chapter 13 Trustee for said funds.

CERTIFICATE OF SERVICE

I, Agata B. Turowska, declare that:

I am employed in the County of San Diego, California. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of 18 years and not a party to this cause.

On December 4, 2013, I caused the Notice of Proof of Claim Withdraw by placing a true copy thereof in an envelope with postage thereon fully prepaid in the United States Mail at San Diego, California and/or via electronic means pursuant to Local Bankruptcy Rule 5005-2 as follows:

Eric C Hanson
Law Offices of Eric C Hanson
16038 Gale Ave.
Hacienda Heights, CA 91745
EHansonBK@gmail.com
(Via Email)

Jose M De La Cruz
116 2nd St Apt C
Montebello, CA 90640
LOS ANGELES-CA
aka Jose De La Cruz Medina
aka Jose De La Cruz
(Via U.S. Mail)

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017
(Via U.S. Mail)

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
(Via U.S Mail)

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2013 /s/Agata B. Turowska
AGATA B. TUROWSKA